FILED
 2009 Feb-05  AM 11:04
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY OTIS BURTON,   )<br>  )<br>        Petitioner  )<br>  )<br>v.   )<br>  )<br>WARDEN GARY HETZEL and   )<br>THE ATTORNEY GENERAL OF   )<br>THE STATE OF ALABAMA,   )<br>  )<br>        Respondents  ) | Case No. 2:08-cv-01458-RBP-HGD |

## **O R D E R**

On December 11, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this the 5th day of February, 2009.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**